UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDA L. HOWARD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:14-cv-1207

## JUDGMENT

Having affirmed the final decision of the Commissioner of Social Security, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Dated: December 9, 2015            /s/ Paul L. Maloney
                                                               PAUL L. MALONEY
                                                               United States District Judge